No. 01–8311. MARTINEZ-ARRAMBIDE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 01–8312. LOPEZ-MONTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 01–8316. MURILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 01–8318. SANTANA-HUERTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 01–8320. MYLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8321. STEVENSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8322. WOODS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 01–8323. TORRES-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 01–8324. VISE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 01–8325. URIBE-HERNANDEZ v. UNITED STATES; GARCIA-CARRERA v. UNITED STATES; RAPALO-FAJARDO v. UNITED STATES; MARTINEZ-GUEVARA v. UNITED STATES; and GONZALES-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 275 F. 3d 1080 (first judgment), 1081 (second, fourth, and fifth judgments), and 1082 (third judgment).

No. 01–8326. ARMANDO CANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 01–8327. TOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8333. COLEMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 01–8337. VASQUEZ-VILLA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮